**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WILLIAM ROBERT DIXON, | |
| *Plaintiff*, | 3:13-cv-00586-RCJ-VPC |
| vs. | |
| | ORDER |
| ROBERT LEGRANDE, *et al.*, | |
| *Defendants*. | |

    This prisoner civil rights action comes before the Court on plaintiff's emergency motion (#9) for reconsideration of the prior order (#3) denying his emergency motion (#1) to proceed without payment.

    The Court – again – is not persuaded on the showing made that, following a post-filing transfer to a maximum security facility, plaintiff faces emergency life threatening circumstances that would support an order relieving him of the fee payment requirements of the Prison Litigation Reform Act (PLRA). Plaintiff's allegations continue to be, *inter alia*, internally contradictory and fanciful to the extreme. Plaintiff continues to present a pattern – continued from his prior litigation in this Court – of maintaining that he must be provided procedural relief in truth unrelated to his physical security because his life allegedly is in danger. For example, plaintiff maintained in prior litigation that he could pursue a successive federal habeas petition challenging his Ohio state conviction only in Nevada because litigating the successive petition instead in federal district court in Ohio, where his first petition had been denied and was on appeal, would put his life in danger. However, he now requests in

the pending motion that the interstate compact arrangement between Nevada and Ohio be vacated and that he be returned to Ohio. The Court, again, will not waive the filing fee requirement because plaintiff makes fanciful allegations that he is subject to a wide-ranging multi-state conspiracy involving or known to, among others, former Secretary of State Condoleezza Rice. Plaintiff's fanciful allegations do not exempt him from the filing fee requirement.

If plaintiff fails to timely either pay the filing fee or file a properly-completed pauper application with all required financial materials, the action will be dismissed without further advance notice. That is the Court's final word on this issue.

IT THEREFORE IS ORDERED that the emergency motion (#9) for reconsideration is DENIED.

DATED: This 19th day of November, 2013.

_____
ROBERT C. JONES
Chief United States District Judge