# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM ROBERT DIXON,<br><br>        Plaintiff,<br><br>v.<br><br>ROBERT LEGRAND, *et al.*,<br><br>        Defendants. | 3:13-cv-00586-RCJ-VPC<br><br>**MINUTES OF THE COURT**<br><br><br>June 23, 2015 |

PRESENT:     THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:     LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

      Before the court is plaintiff's motion to submit "the outline of evidence and brief" (#45), which the court understands to relate to decisions, transcripts, and evidence from his underlying criminal case and a related *habeas* petition.

      The motion is **DENIED**. The court observes that plaintiff filed with his motion for summary judgment (#52) several documents that appear to match his instant motion's description of the items. Moreover, this court does not sit in review of those other actions; therefore, aside from limited applicability of these items to the claim regarding access to the courts, these documents lack relevance to this case.

      **IT IS SO ORDERED.**

                                                                LANCE S. WILSON, CLERK

                                                                By:            /s/
                                                                          Deputy Clerk