UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM ROBERT DIXON,<br><br>   Plaintiff,<br><br>   vs.<br><br>ROBERT LEGRANDE et al.,<br><br>   Defendants. | 3:13-cv-00586-RCJ-VPC<br><br>ORDER |

Plaintiff is a prisoner formerly in the custody of the Nevada Department of Corrections. The Court recently granted Defendants' motion for summary judgment as against all remaining claims. Plaintiff has asked the Court to reconsider. The Court declines to reconsider.

**CONCLUSION**

IT IS HEREBY ORDERED that the Motion to Reconsider (ECF No. 67) is DENIED.

IT IS FURTHER ORDERED that the Motion to Submit Delayed Objections (ECF No. 69) is GRANTED, and the Court DENIES the Objections (ECF No. 69-1).

IT IS SO ORDERED.

Dated this 26th day of August, 2015.

_____
ROBERT C. JONES
United States District Judge