UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| WILLIAM DIXON, | ) | 3:13-CV-0586-RCJ (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | October 22, 2015 |
| | ) | |
| ROBERT LEGRANDE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN            REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion to request Clerk to transmit record to Ninth Circuit Court of Appeals and motion to proceed without payment of record transfer (#77) are **DENIED as moot.** Plaintiff is advised that when a notice of appeal is filed, the entire court file is designated as the "record on appeal." Plaintiff is further advised that because he is proceeding without counsel, the excepts of record requirement is waived. *See* 9th Cir. R. 30-1.2. Appellees' supplemental excerpts of record are limited to the district court docket sheet, the notice of appeal, the judgment or order appealed from, and any specific portions of the record cited in appellees' brief. *See* 9th Cir. R. 30-1.7.

   **IT IS SO ORDERED.**

                                                                LANCE S. WILSON, CLERK

                                        By:         /s/
                                                    Deputy Clerk